**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 13, 2024

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/14/24

Re:   *United States v. Selwyn Barley*, 24 Cr. 286 (ALC)

Dear Judge Carter:

The Government respectfully writes, with the consent of defendant Selwyn Barley, to request that the Court schedule an arraignment and initial pretrial conference in the above-captioned matter on or after May 21 at a time convenient to the Court. Defense counsel is currently on trial and unavailable prior to that date.

With the defendant's consent, the Government also moves to exclude time under the provisions of the Speedy Trial Act through the date of the arraignment in the interest of justice to allow for defense counsel to prepare for and participate in the initial pretrial conference. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Sheb Swett
Assistant United States Attorney
(212) 637-6522

cc:   Robert Osuna, Esq.

The application is **GRANTED**. Arraignment set for 5/21/24 at 3:00 p.m. Time excluded from 5/13/24 to 5/21/24 in the interest of justice. So Ordered.

*/s/ Andrew L. Carter, Jr.*
5/14/24