USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5 -14-24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x

UNITED STATES OF AMERICA,                          :

       **Plaintiff,**     :

            :     **24 CR 286 (ALC)**

   - v. -                               :

            :     <u>**ORDER**</u>

**SELWYN BARLEY,**                                   :

       **Defendant.**     :

            :
------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

  The Arraignment set for **May 21, 2024** is rescheduled to **12:00 p.m.**

**SO ORDERED.**


**Dated:**   New York, New York
      May 14, 2024

         **ANDREW L. CARTER, JR.**
         **United States District Judge**