**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 19, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/23/24

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Selwyn Barley*, 24 Cr. 286 (ALC)

Dear Judge Carter:

The Government respectfully writes, with the consent of defendant Selwyn Barley, to request that the Court adjourn the status conference in the above-captioned matter, currently scheduled for July 23, 2024, to a date in or after mid-September. The Government has continued to collect materials as part of its broad investigation into bribery at New York City Housing Authority developments, which it is producing in discovery, and the parties are seeking an adjournment to provide the defendant with time to review those materials.

With the defendant's consent, the Government also moves to exclude time under the provisions of the Speedy Trial Act through the date of the rescheduled conference in the interest of justice to allow for the defendant to review discovery, consider pretrial motions, and explore a resolution of his case. *See* 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *[signature]*
Sheb Swett
Assistant United States Attorney
(212) 637-6522

cc:   Robert Osuna, Esq.

The application is **GRANTED**. The status conference is adjourned to 9/17/24 at 3:30 p.m. Time excluded from 7/23/24 to 9/17/24 in the interest of justice.
So Ordered.

*[signature: Andrew L. Carter]* 7/23/24