**MEMO ENDORSED**

*Law Office of Robert Osuna, PC*
*11 Park Place, Suite 1100*
*New York, New York 10007*
*212-233-1033*
*robertosunapc@yahoo.com*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/18/24

September 13, 2024

Hon. Andrew L. Carter, Jr.
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** United States v. Selwyn Barley, 24-cr-286 (ALC)
Request to Adjourn Status Conference with the Consent of the Government

Dear Judge Carter,

My office represents Mr. Barley in the above proceedings.

With the consent of the Government, I am requesting an adjournment of the status conference currently scheduled for September 17, 2024.

I ask that we adjourn this matter for 30 days to allow discussions of a plea bargain with the assigned AUSA.

At our request, the Government shared the contours of a potential plea agreement, including an advisory Guideline calculation, and I'll meet with my client and his wife to discuss next week. They were not available this week.

I thank Your Honor for your time and attention to this matter.

Sincerely,

/s/

Law Office of Robert Osuna, PC
By: Robert Osuna, Esq.

The application is **GRANTED**. The status conference is adjourned to 10/17/24 at 12:00 p.m. Time excluded from 9/17/24 to 10/17/24 in the interest of justice.
So Ordered.

*[signature]*
9/16/24