**MEMO ENDORSED**

*Law Office of Robert Osuna, PC*
*11 Park Place, Suite 1100*
*New York, New York 10007*
*212-233-1033*
*robertosunapc@yahoo.com*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/17/24
```

October 16, 2024

Hon. Andrew L. Carter, Jr.
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:**    **United States v. Selwyn Barley, 24-cr-286 (ALC)**
            **Request to Adjourn Status Conference with the Consent of the Government**

Dear Judge Carter,

    My office represents Mr. Barley in the above proceedings.

    With the consent of the Government, I respectfully ask for one last adjournment of the status conference currently scheduled for October 17, 2024.

    I submitted a mitigation package to the Government seeking a misdemeanor plea, which is not forthcoming.

    Thus, our client needs time to speak to his family to consider the proposed disposition.

    I would request an adjournment date for the second week of December to either have a plea or set a trial date.

    I thank Your Honor for your time and consideration of this matter.

Sincerely,

/s/

Law Office of Robert Osuna, PC
By: Robert Osuna, Esq.

The application is **GRANTED**. The status conference is adjourned to 12/12/24 at 12 p.m. Time excluded from 10/17/24 to 12/12/24 in the interest of justice.
So Ordered.

*/s/ Andrew L. Carter*
10/17/24