USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___12/11/24___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

UNITED STATES OF AMERICA,                                     24 Cr. 286 (ALC)

**ORDER**

       -against-

SELWYN BARLEY,

-------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

    A Change of Plea Hearing is set for **December 12, 2024,** at **12:30 p.m.**

SO ORDERED.

Dated: New York, New York
      December 11, 2024

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE