```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/12/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

    - v. -

SELWYN BARLEY,

                      Defendant.

------------------------------------------------------------ x

24-CR-286 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    Today's Change of Plea Hearing will take place at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
             December 12, 2024

                                        _____
                                        ANDREW L. CARTER, JR.
                                        **United States District Judge**