UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
   UNITED STATES OF AMERICA,

                               Plaintiff,

          -against-                       1:24-cr-00286 (ALC)

                                                     <u>**ORDER**</u>

   SELWYN BARLEY,

                              Defendant.
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court **ADJOURNS** the sentencing in this case as to Defendant Selwyn Barley, previously scheduled for April 17, 2025 at 2:00 p.m. The Parties shall appear before the Court on **June 17, 2025 at 2:00 p.m.** The Parties are further advised that all proceedings will take place in **Courtroom 444, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007** unless otherwise indicated.

**SO ORDERED.**

Dated:   **March 18, 2025**
                **New York, New York**

                                                        **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**